**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE: **ROBERT B. ELLIS**  Chapter 13
    Debtor.  Case No.: 18-50110-KKS
_____\

**RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS**
**(Doc 23)**

**COMES NOW** the Debtor, **ROBERT B. ELLIS**, by and through his undersigned attorney and Responds to the Motion to Dismiss (Doc 23) filed by Chapter 13 Trustee as follows:

1. Admitted.

2. Admitted. As of the date of the filing of the Motion to Dismiss the Debtor had not supplied our office with the 2016 return. On 6/8/2018 we received the Debtors 2016 tax return and faxed same to trustee.

Wherefore, the Debtor prays that the Court will deny the Chapter 13 Trustee's Motion to Dismiss.

Submitted this 11th day of June, 2018.

/s____*Charles M. Wynn*_____
CHARLES M. WYNN
P.O. BOX 146
MARIANNA, FLORIDA 32447
(850) 526-3520
FL BAR NO 0241695
ATTORNEY FOR DEBTOR
COURT@WYNNLAW-FL.COM

## **CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that a copy of the foregoing has been furnished to Leigh D. Hart, Chapter 13 Trustee, by electronic filing on the same date as reflected on the Court's docket as the electronic filing date of this document.

- Nicholas A. Beninate  nbeninate@hsmclaw.com, ljohnson@hsmclaw.com
- J. Steven Ford  jsf@whsf-law.com, melissa@whsf-law.com
- Leigh D. Hart  ldhdock@earthlink.net, ldhtre@earthlink.net;ldhadmin@earthlink.net
- Roland W. Kiehn  Rkiehn@barronredding.com, Lrussell@barronredding.com
- United States Trustee  USTPRegion21.TL.ECF@usdoj.gov

              /s/___*Charles M. Wynn*_____
              CHARLES M. WYNN